An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN K. AKERSTROM,
Appellant,
vs.
MICHAEL KEELER; MAURICE SILVA;
ADAM ENDEL; ED GARY; NEVADA
BOARD OF PAROLE
COMMISSIONERS; AND THE STATE
OF NEVADA,
Respondents.

No. 58773

**FILED**

APR 0 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order denying a petition for a writ of mandamus. Appellant has moved this court to voluntarily dismiss his appeal. We grant the motion and dismiss this appeal, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10000

cc:   Hon. James Todd Russell, District Judge
Brian M. Akerstrom
Attorney General/Dep't of Public Safety/Carson City
Attorney General/Carson City
Carson City Clerk